

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00234-CR

April **TOLBERT-DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-4920
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 14, 2024.

_____
Lori I. Valenzuela, Justice